

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON APPELLANT'S
MOTION FOR REHEARING

Appellate case name:       San Jacinto River Authority v. Elizabeth Bolt, et al.

Appellate case number:    01-18-00823-CV

Trial court case number:  1113458

Trial court:                      County Civil Court at Law No. 1, Harris County

The motion for rehearing is **DENIED.**

**PER CURIAM**

Panel consists of Justices Hightower and Countiss.

Justice Higley not participating.

Date: <u>October 10, 2019</u>